JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SIGNMAKERS, d/b/a/ SIGNMAKERS, INC.<br><br>        Defendant. | Case No. CV 18-10159 FMO (ASx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Travelers Casualty Insurance Company of America and against defendant Signmakers, in the total amount of $980,655.22.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 21st day of May, 2019.

                                                        /s/
                                      Fernando M. Olguin
                                  United States District Judge